PEOPLE *v* BROOKS. Appeal from Calhoun, Ronald M. Ryan, J. Submitted 3 February 4, 1972, at Grand Rapids. (Docket No. 11124.) Decided February 18, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, and *Stanley Everett*, Prosecuting Attorney, for the people.

*Noble O. Moore*, for defendant on appeal.

Before: FITZGERALD, P. J., and R. B. BURNS and HOLBROOK, JJ.

MEMORANDUM OPINION. The defendant was convicted of second-degree murder (MCLA 750.317; MSA 28.549) upon a non-jury verdict.

An examination of the record and briefs discloses no prejudicial error or miscarriage of justice.

Affirmed.